

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00032-CV

Michael Mount
v.
Carl Rodriguez

On Appeal from the
County Court at Law No 2 of Johnson County, Texas
Trial Court Cause No. CC-C20230282

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED IN PART, and REVERSED and RENDERED IN PART, in accordance with its opinion. No costs are assessed, as appellant filed an affidavit of inability to pay costs. In addition, appellant and its surety are fully and finally released and discharged from their obligations under the supersedeas bond issued to secure the trial court's order.

We further order this decision certified below for observance.

August 28, 2024